

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        Anthony Mottin v. State of Texas

Appellate case number:     01-19-00249-CR

Trial court case number:    19077

Trial court:                        344th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to hold a hearing on whether appellant wanted to continue his appeal. On March 5, 2020, appellant's counsel filed a motion to reinstate. On March 6, 2020, the trial court clerk filed a supplemental clerk's record, which contains the trial court's order stating that appellant desires to continue his appeal and setting appellant's brief due on April 3, 2020. Accordingly, we grant appellant's motion and REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than April 3, 2020. *See* TEX. R. APP. P. 38.6(d).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).


Judge's signature: ____/s/ Sherry Radack_____
              ☑ Acting individually    ☐ Acting for the Court

Date: __March 12, 2020___